```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-00141

DAVID WAYNE WATSON

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant for a sixty-day continuance of trial and all related deadlines, and for a finding of excludable time under the Speedy Trial Act. (ECF No. 20.) In support of defendant's motion, counsel for the defendant explains that additional time is needed to review discovery with defendant, arrange for an evidence review, and conduct necessary investigation to determine whether pretrial motions are necessary.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline for the filing of pretrial motions is continued to **August 2, 2021**;

2. The Pretrial Motions Hearing is continued to **August 9, 2021**, at 12:00 p.m. in Charleston;

3. Jury Instructions and Proposed Voir Dire are due by **August 10, 2021**;

4. Trial of this action is continued to **August 17, 2021**, at 9:30 a.m. in Charleston;

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 13th day of May, 2021.

                        ENTER:

                        David A. Faber
                        Senior United States District Judge